**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NATARSHA SINGLETON**                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 3:15-CV-00400 JTK**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                                              **DEFENDANT**

**ORDER**

        Plaintiff, Natarsha Singleton, initially applied for disability benefits sometime prior to

November 19, 2008, the date of her first hearing.[1]  (Tr. at 34).  That application was denied at the

hearing level and Singleton's request for review was denied by the Appeals Council.  (Tr. at 16).

She filed a subsequent application for Title XIV supplemental security income benefits on

September 6, 2011, alleging an onset date of November 15, 2006 (Tr. at 192-198).[2]    After

conducting a hearing, Judge Jerry M. Lang, the Administrative Law Judge ("ALJ"), denied her

application on June 18, 2013. (Tr. at 95-104).  He found no mental impairment.  (Tr. at 97).  The

Appeals Council subsequently remanded the case for further consideration and development of the

record regarding Singleton's mental impairments.  (Tr. at 110-113).

        A second administrative hearing was held by Judge Lang on July 9, 2014 (Tr. at 73).  On

September 3, 2014, Judge Lang issued a decision denying Singleton's claim, finding again that she

had no mental impairment.  (Tr. at 14).  On November 6, 2015, the Appeals Council denied

Singleton's request for review.  (Tr. at 1).  The ALJ's decision now stands as the final decision of

---

        [1]The exact date is unknown because Singleton's application materials are not included in
the record.  It is also unclear whether Singleton initially filed for Title II or Title XIV benefits.

        [2]Singleton amended her onset date to September 6, 2011, the date of her application.

the Commissioner, and Singleton has requested judicial review.[3]

The record in this case is incomplete.  The application materials, exhibits, hearing decision, and briefs from the initial claim are relevant and necessary to the Court's review of Singleton's case. Therefore, the Commissioner must submit the **_entire_** record from Singleton's initial claim (with hearing date of November 19, 2008) to the Court within thirty (30) days from the date of this order.

IT IS SO ORDERED this 23rd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] The parties have consented in writing to the jurisdiction of a United States Magistrate Judge.